# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL PUCKETT, | Case No. 1:13-cv-00834-SKO (PC) |
| Plaintiff, | ORDER VACATING DISMISSAL AND JUDGMENT |
| v. | (Doc. 13 and 14) |
| T. W. STEADMAN, et al., | |
| Defendants. | |

Plaintiff Durrell Puckett, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 3, 2013. On February 26, 2015, the Court dismissed this action, without prejudice, based on Plaintiff's failure to comply with the order to submit service documents. On February 23, 2015, Plaintiff filed the notice and service documents but his notice was not docketed until February 26, 2015, subsequent to the Court's dismissal of the case. Because the filing date of Plaintiff's notice precedes the dismissal by three days, the Court will vacate the dismissal and judgment in the interest of justice. Fed. R. Civ. P. 60(a). However, Plaintiff is admonished that he is required to timely comply with orders. Plaintiff was required to submit the service documents within thirty days but he failed to comply until almost sixty days had passed.

///
///
///

1  Based on the foregoing, the dismissal order and judgment are HEREBY VACATED. Fed.
2  R. Civ. P. 60(a).

IT IS SO ORDERED.

Dated:   **March 3, 2015**                             /s/ Sheila K. Oberto
                                         UNITED STATES MAGISTRATE JUDGE