# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL PUCKETT,<br><br>            Plaintiff,<br><br>       v.<br><br>T. W. STEADMAN, et al.,<br><br>            Defendants.<br>_____/ | Case No. 1:13-cv-00834-AWI-SKO (PC)<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION WITHIN TWENTY-ONE DAYS<br><br>(Doc. 20) |

Plaintiff Durrell Puckett, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 3, 2013.  This action is proceeding on Plaintiff's amended complaint against Defendants Steadman and Holland for violating Plaintiff's rights under the Eighth Amendment of the United States Constitution in relation to the conditions Plaintiff was subjected to between June 12, 2009, and July 30, 2009.  On May 19, 2015, Defendants Hollands and Steadman filed a motion to dismiss this case on the ground that it is barred by claim preclusion (res judicata).  Fed. R. Civ. P. 12(b)(6).  To date, Plaintiff has not filed a response.

Pursuant to Local Rule 230(*l*), Plaintiff is HEREBY ORDERED to file an opposition or a statement of non-opposition to Defendants' motion within **twenty-one (21) days**.  **Plaintiff is**

///

///

///

**warned that the failure to comply with this order will result in dismissal of this action, with prejudice, for failure to prosecute**.

IT IS SO ORDERED.

Dated: __**July 23, 2015**__   /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE